Richard Gibson, SBN 111535
Gibson Law PC
Warner Center Tower Five
21800 Oxnard Street, Suite 310
Woodland Hills, CA 91367
Tel. (818) 716-7950
Fax. (818) 716-7995
E-mail: RickGibsonLaw@gmail.com
Attorney for: JNR Enterprises, LLC

FILED
FEB 10 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In Re:

JNR Enterprises, LLC

Debtor

CASE NO: 1:09-BK-26742 MT

SCHEDULES AND STATEMENTS

ORIGINAL

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
Central District of California

In re JNR Enterprises, LLC
Debtor

Case No. 1:09-bk-26742

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| **NAME OF SCHEDULE** | **ATTACHED (YES/NO)** | **NO. OF SHEETS** | **ASSETS** | **LIABILITIES** | **OTHER** |
| A Real Property | YES | 1 | $ 3,400,000.00 | | |
| B Personal Property | YES | 3 | $ 193,500.00 | | |
| C Property Claimed as exempt | YES | 1 | | | |
| D Creditors Holding Secured Claims | YES | 1 | | $ 7,197,265.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 176,343.85 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $ 1,182,843.04 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 22 | $ 3,593,500.00 | $ 8,556,451.89 | |

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

B6A (Official Form 6A) (12/07)

In re JNR Enterprises, LLC
Debtor

Case No. 1:09-bk-26742
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| A tract of land containing 2.775 acres in Harris County, TX<br>14511 Falling Creek Drive<br>Houston TX 77014 | Fee Simple | | 1,400,000.00 | Exceeds Value |
| Lot 51 of Tract 11054, in the City of Los Angeles.<br>County of Los Angeles, State of California, as per map<br>recorded in Book 196, pages 6-8, inclussive of Maps in the<br>Office of the County Recorder of said County.<br>APN 2654-036-022<br>8220 Langdon Ave<br>Van Nuys, CA 91406 | Fee Simple | | 2,000,000.00 | Exceeds Value |
| | | Total ➤ | 3,400,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-730 - 32959

B6B (Official Form 6B) (12/07)

In re JNR Enterprises, LLC
Debtor

Case No. 1:09-bk-26742
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JP Morgan/Chase Bank<br>JP Morgan Chase Bank | | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.0-739 - 32959

B6B (Official Form 6B) (12/07) -- Cont.

In re JNR Enterprises, LLC
Debtor

Case No. 1:09-bk-26742
(If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | Dan Hoffman (Advanced Attorney Fees) | | 183,000.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Insurance Claim<br>Claim Numbers:<br>101300-5799<br>1013002737<br>101253345-7-1-2<br>1013238794<br>1011448065<br>101389-5400<br>1013339609 | | Indeterminate |
| | | JNR v. Chandra Spencer | | Indeterminate |
| | | Chase v. JNR | | 10,000.00 |
| | | Arbitration of JNR v. ABBB | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

B6B (Official Form 6B) (12/07) -- Cont.

In re JNR Enterprises, LLC
Debtor

Case No. 1:09-bk-26742
(If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

0 continuation sheets attached Total $ 193,500.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-730 - 32050

B6C (Official Form 6C) (12/07)

In re JNR Enterprises, LLC
Debtor

Case No. 1:09-bk-26742
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-730 - 32959

**B6D (Official Form 6D) (12/07)**

**In re** JNR Enterprises, LLC, **Case No** 1:09-bk-26742
**Debtor** **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 07600004142<br>Cal National Bank<br>P. O. Box 80208<br>City of Industry, CA 91716-8202 | | | Lien: Deed of Trust.<br>Houston<br>VALUE $ 1,400,000.00 | | | | 2,912,060.00 | 1,512,060.00 |
| ACCOUNT NO.<br>David Rahmany<br>321 N. Formosa<br>Los Angeles, CA 90036 | | | VALUE $ 0.00 | | | | 1,500,000.00 | 1,500,000.00 |
| ACCOUNT NO. 793975426<br>JP Morgan/ Chase Bank, N.A<br>Commercial Term Lending<br>P. O. Box 391380<br>Solon, OH 44139-8380 | | | Lien: Deed of Trust<br>Langdon<br>VALUE $ 1,200,000.00 | | | | 2,785,205.00 | 1,585,205.00 |
| 0 continuation sheets attached | | | | | | Subtotal ➤ (Total of this page) | $7,197,265.00 | $4,597,265.00 |
| | | | | | | Total ➤ (Use only on last page) | $7,197,265.00 | $4,597,265.00 |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.0-730 - 32959

**B6E (Official Form 6E) (12/07)**

In re JNR Enterprises, LLC , Debtor — Case No. 1:09-bk-26742 (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-730 - 32959

**B6E (Official Form 6E) (12/07) - Cont.**

In re JNR Enterprises, LLC
Debtor

Case No. 1:09-bk-26742
(if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-730 - 32959

2 continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re JNR Enterprises, LLC, Debtor

Case No. 1:09-bk-26742 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet) Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3044987508220<br>City of Los Angeles Municipal Services<br>P. O. Box 30808<br>Los Angeles, CA 90030-0808 | | | | | | | 74,772.00 | 74,772.00 | 0.00 |
| ACCOUNT NO. 21001610010011<br>Harris County M. U. D. # 16<br>Bob Leared, Tax Assessor/ Collector<br>11111 Katy Freeway #725<br>Houston, TX 77079-2197 | | | Consideration: Taxes owed | | | | 17,608.00 | 17,608.00 | 0.00 |
| ACCOUNT NO. 16002291<br>Harris County M. U. D. # 16<br>P. O. Box 12149<br>Spring, TX 77391 | | | Consideration: Taxes owed | | | | 421.85 | 421.85 | 0.00 |
| ACCOUNT NO. 1147690000001<br>Leo Vasques<br>Tax Assessor-Collector<br>P. O. Box 4622<br>Houston, TX 77210 | | | Consideration: Taxes owed | | | | 23,462.00 | 23,462.00 | 0.00 |
| Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $ 116,263.85 | $ 116,263.85 | $ 0.00 |
| | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | $ | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

**B6E (Official Form 6E) (12/07) - Cont.**

In re JNR Enterprises, LLC, Debtor

Case No. 1:09-bk-26742 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 265403602209000<br>Los Angeles County Tax Collector<br>P. O. Box 54018<br>Los Angeles, CA 90054-0018 | | | | | | | 18,612.00 | 18,612.00 | 0.00 |
| ACCOUNT NO. 1147690000001<br>Spring ISD Tax Office<br>Mariane C. Smith Assessor/Collector<br>16717 Ella Blvd.<br>P. O Box 904458<br>Houston, TX 77290 | | | | | | | 41,468.00 | 41,468.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| Subtotal (Totals of this page) | | | | | | | $ 60,080.00 | $ | $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | | | | $ 176,343.85 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ 176,343.85 | $ 0.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

B6F (Official Form 6F) (12/07)

In re JNR Enterprises, LLC, Debtor

Case No. 1:09-bk-26742 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 03-05432197-06<br>AFCO<br>1000 Milwaukee Ave<br>Glenview, IL 60025 | | | | | | | 7,708.50 |
| ACCOUNT NO. 07600004142<br>Andrew Zinn<br>Vice President<br>Cal National<br>1301 Dove Street, Suite 101<br>Newport Beach, CA 92600 | | | Consideration: Loan | | | | 52,820.39 |
| ACCOUNT NO. WaMU and Farmers<br>Arash Khorsandi<br>The Loan Law Firm<br>1875 Century Park East, 6th Floor<br>Los Angeles, CA 90067 | | | Consideration: Attorney Fees | | | | 28,000.00 |
| ACCOUNT NO. 2006-4151<br>Ascent Elevator Services<br>14173 NW Freeway # 150<br>Houston, TX 77040 | | | Consideration: Maintnance Services Fees | | | | 531.00 |

9 continuation sheets attached

Subtotal ➤ $ 89,059.89

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-730 - 32959

**B6F (Official Form 6F) (12/07) - Cont.**

In re JNR Enterprises, LLC, Debtor — Case No. 1:09-bk-26742 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 28189300934659<br>AT&T<br>P. O. Box 5001<br>Carol Stream, IL 60197 | | | Consideration: Phone Services | | | | 175.00 |
| ACCOUNT NO. 14511 Falling Creek<br>Benjamin Kiss Inc<br>Fisher, Zisblatt & Kiss<br>1901 Avenue of the Stars, Suite 1020<br>Los Angeles, CA 90067 | | | Consideration: Attorney Fees | | | | 10,000.00 |
| ACCOUNT NO. 83109<br>Centra Partners, LLC<br>3730 FM 1960 West, Suite 300<br>Houston, TX 77068 | | | Consideration: Services Fees | | | | 1,000.00 |
| ACCOUNT NO.<br>Chandra Gehri Spencer (SBN 184010)<br>Philip A. Kraft (SBN 184010)<br>CHANDRA GEHRI SPENCER,<br>445 South Figueroa St., Suite 2700<br>Los Angeles, CA 90071 | | | Consideration: Attorney Fees | | | | Unknown |
| ACCOUNT NO. 2654028005<br>City of Los Angeles Housing Department<br>1200 W. Seventh Street, Suite 100<br>Los Angeles, CA 90017 | | | Consideration: Urgent Repairs Progtram Fees | | | | 70,000.00 |

Sheet no. 1 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 81,175.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32950

B6F (Official Form 6F) (12/07) - Cont.

In re JNR Enterprises, LLC, Debtor

Case No. 1:09-bk-26742 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 010101<br>Cornerstone Community Association Inc<br>c.o Aim Realty Inc<br>14417 Cornestone Village Dr.<br>Houston, TX 77014 | | | Consideration: Servuices Fee | | | | 1,463.77 |
| ACCOUNT NO. 665812<br>Crown Dispossal Co, Inc.<br>P. O. Box 1081<br>Sun Valley, CA 91352 | | | Consideration: Services fees | | | | 1,206.00 |
| ACCOUNT NO. 665845<br>Crown Dispossal Co, Inc.<br>P. O. Box 1081<br>Sun Valley, CA 91352 | | | | | | | 86.09 |
| ACCOUNT NO. 665754<br>Crown Dispossal Co. Inc.<br>P. O. Box 1081<br>Sun Valley, CA 91352 | | | | | | | 86.09 |
| ACCOUNT NO. 665834<br>Crown Dispossal Co, Inc.<br>P. O. Box 1081<br>Sun Valley, CA 91352 | | | | | | | 72.81 |

Sheet no. 2 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,914.76

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

**B6F (Official Form 6F) (12/07) - Cont.**

In re JNR Enterprises, LLC, Debtor

Case No. 1:09-bk-26742 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Daniel Hoffman<br>625 E. Bethany Road<br>Burbank, CA 91504 | | | Consideration: Attorney fees | | | | 100,000.00 |
| ACCOUNT NO. 17049 Vanowen St #1<br>Dennis P. Block<br>Dennis P. Block & Associates<br>5437 Laurel Canyon Blvd., Second Floor<br>Valley Village, CA 91607 | | | Consideration: Attorney Fees | | | | 10,000.00 |
| ACCOUNT NO.<br>Department of the Treasury<br>Internal Revenue Services<br>P. O. Box 9003<br>Holtsville NY 11742-9003 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Edge Commercial<br>21320 Provincial Blvd, Suite 106<br>Katy, TX 77450 | | | | | | | 0.00 |
| ACCOUNT NO. 58998<br>Environmental Coalition, Inc<br>P. O. Box 1568<br>Stafford, TX 77497-1568 | | | Consideration: Service fee | | | | 70.64 |

Sheet no. 3 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 110,070.64

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

**B6F (Official Form 6F) (12/07) - Cont.**

In re JNR Enterprises, LLC, Debtor    Case No. 1:09-bk-26742 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 20078286-023-9<br>EPCOT Electric<br>2500 West Loop South Suite 530<br>Houston, TX 77027-0000 | | | Consideration: Utilitiy Services | | | | 22,116.50 |
| ACCOUNT NO. 1012810703-1<br>Farmers Insurance Claims<br>P. O. Box 268994<br>Oklahoma, OK 73126-8994 | | | | | | | 0.00 |
| ACCOUNT NO. 1012588922-1-2<br>Farmers Insurance Claims<br>P. O. Box 268994<br>Oklahoma, OK 73126-8994 | | | | | | | 0.00 |
| ACCOUNT NO. 1013238794-1-2<br>Farmers National Document Center<br>P. O. Box 268994<br>Oklahoma, OK 73126-8994 | | | | | | | 50,000.00 |
| ACCOUNT NO. 3418-0522-8<br>FedEx<br>U.S. Collection Department<br>P. O. Box 7221<br>Pasadena, CA 91109 | | | Consideration: Credit Card Debt (Unsecured) | | | | 500.00 |

Sheet no. 4 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 72,616.50

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

**B6F (Official Form 6F) (12/07) - Cont.**

In re JNR Enterprises, LLC , Debtor    Case No. 1:09-bk-26742 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 07862<br>Fikes of Houston, Inc<br>P. O. Box 19278<br>Houston, TX 77224-9278 | | | Consideration: Service Invoice | | | | 48.00 |
| ACCOUNT NO. 79399-02<br>GAIMS, WEIL, WEST & EPSTEIN, LLP<br>Attorneys at Law<br>1875 Century Park East<br>Twentieth Floor<br>Los Angeles, CA 90067 | | | Consideration: Attorney Fees | | | | 5,439.00 |
| ACCOUNT NO. 35425063<br>Glacial Energy of Texas<br>P. O. Box 1057<br>Sandwich, MA 02563 | | | Consideration: Utility Fees | | | | 45,000.00 |
| ACCOUNT NO. 15526 W. Chase Street<br>Haney, Buchanan & Paterson LLP<br>Attorneys<br>707 Wilshire Boulevard<br>Fifty-Third Floor<br>Los Angeles, CA 90017 | | | Consideration: Attorney Fees | | | | 200,000.00 |
| ACCOUNT NO. 09-746-HB<br>HB Mechanical Services<br>P. O. Box 569<br>Porter, TX 77365 | | | Consideration: Services Invoice | | | | 3,000.00 |

Sheet no. 5 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 253,487.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

**B6F (Official Form 6F) (12/07) - Cont.**

In re JNR Enterprises, LLC, Debtor    Case No. 1:09-bk-26742 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Integrys Endergy Services of Texas<br>P. O. Box 10208<br>Green Bay, WI 54307-0208 | | | Consideration: Enegrgy Services | | | | 78,961.83 |
| ACCOUNT NO. 449125<br>Interactive Controls, Inc<br>551 North Shepherd, Suite 220<br>Houston, TX 77007 | | | Consideration: Service Invoice | | | | 108.00 |
| ACCOUNT NO.<br>Jeffrey B. Ellis<br>Gaims, Weil, West & Epstein, LLP<br>Attorneys at Law<br>1875 Century Park East, Twelve Floor<br>Los Angeles, CA 90067-2513 | | | | | | | 5,000.00 |
| ACCOUNT NO. 793075426<br>JP Morgan/ Chase Bank, N.A.<br>Special Assets Management<br>17875 Von Karman Avenue<br>Mailstop CA2-5012<br>Irvine, California 826144 | | | Consideration: Loan | | | | 270,849.42 |
| ACCOUNT NO. 5915<br>Kaiser Permanente Health Plan, Inc.<br>File 5915<br>Los Angeles, CA 90048-1472 | | | Consideration: Medical Services | | | | 3,000.00 |

Sheet no. 6 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 357,919.25

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32050

**B6F (Official Form 6F) (12/07) - Cont.**

In re JNR Enterprises, LLC, Debtor

Case No. 1:09-bk-26742 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. JNR v. Farmers<br>Knap & Spurlock LLP<br>Attorneys at Law<br>395 2ns Street<br>Laguna Beach, California 92651 | | | | | | | Unknown |
| ACCOUNT NO. 17450-002<br>Law Offices<br>Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP<br>11400 West Olympic Blvd, Ninth Floor<br>Los Angeles, CA 90064-1557 | | | Consideration: Attorney Fees | | | | 10,000.00 |
| ACCOUNT NO.<br>Michael O. Akhidenor, SBN 258148<br>Law Offices of Michael O. Akhidenor<br>(Attorney for Josh Pitman, et al)<br>6454 Van Nuys Blvd, Suite 111<br>Van Nuys, CA 91401 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Patrick J. Chambers, CMI<br>63 Barcelona<br>Irvine, CA 92614-5334 | | | Consideration: Tax consulting services fee | | | | 10,000.00 |
| ACCOUNT NO.<br>Philip Alexander<br>707 Wilshire Blvd, 53rd Floor<br>Los Angeles, CA 90017 | | | Consideration: Attorney Fees | | | | 50,000.00 |

Sheet no. 7 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 70,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

B6F (Official Form 6F) (12/07) - Cont.

In re JNR Enterprises, LLC, Debtor

Case No. 1:09-bk-26742 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Remediation Solutions, Inc<br>5455 Wilshire Blvd., Suite 1816<br>Los Angeles, CA 90036 | | | | | | | 0.00 |
| ACCOUNT NO. 15015<br>Remediation Solutions, Inc<br>5455 Wilshire Blvd., Suite 1816<br>Los Angeles, CA 90036 | | | Consideration: Invoce for repairs | | | | 17,371.00 |
| ACCOUNT NO.<br>Richard L. Sweeney<br>Receiver<br>P. O. Box 313<br>Tustin, CA 92781 | | | | | | | Unknown |
| ACCOUNT NO. 398332<br>Rogelio Guardado<br>2119 Ridgemore Dr.<br>Houston, TX 77055 | | | Consideration: Mechanic Services | | | | 3,000.00 |
| ACCOUNT NO. 70-01 JNR MATTERS<br>Rogers & Harris<br>654 North Sepulveda Blvd, Suite 1<br>Los Angeles, CA 90049-2070 | | | Consideration: Attorney Fees | | | | 50,000.00 |

Sheet no. 8 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 70,371.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

B6F (Official Form 6F) (12/07) - Cont.

In re JNR Enterprises, LLC, Debtor

Case No. 1:09-bk-26742 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RPM Management, Inc<br>8281 Melrose Ave., Suite 305<br>Los Angeles, CA 90046 | | | Consideration: Service fees | | | | 20,000.00 |
| ACCOUNT NO. 341805228<br>Synter Resource Group, LLC<br>P. O. Box 63247<br>North Charleston, SC 29419-3247 | | | Consideration: Services Fees | | | | 229.00 |
| ACCOUNT NO. 2007-28926-C<br>T. Michael Neville & Associates, PC<br>Attorneys and Counselors at Law<br>The preserve at North Loop<br>2040 North Loop West, Suite 102<br>Houston, TX 77018-8109 | | | Consideration: Attorney Services Fees | | | | 55,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 9 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 75,229.00

Total➤ $ 1,182,843.04

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

B6G (Official Form 6G) (12/07)

In re JNR Enterprises, LLC
Debtor

Case No. 1:09-bk-26742
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

B6H (Official Form 6H) (12/07)

In re JNR Enterprises, LLC
Debtor

Case No. 1:09-bk-26742
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Nemat Rahmany<br>345 N La Brea Street, # 206<br>Los Angeles, CA 90036<br><br>Jay Rahmany | Cal National Bank/US Bank<br>P. O. Box 80208<br>City of Industry, CA 91716-8202 |

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-730 - 32059

[illegible]

Case No. [illegible]

(Debtor) (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

[illegible]

Date [illegible] Signature: [illegible]

Debtor

Date [illegible] Signature: [illegible]

(Joint Debtor, if any)

[illegible]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER

[illegible] ... this document ... pursuant to 11 U.S.C. § 110 ... [illegible]

[illegible]

Signature [illegible]

Date [illegible]

[illegible]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President [illegible] ... NR Enterprises, LLC [illegible] corporation or partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 21 sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date [illegible]

Signature: [signature]

NIHAL RAHMAN

[Print or type name of individual signing on behalf of debtor.]

[illegible]

# United States Bankruptcy Court

Central District of California

In re JNR Enterprises, LLC Debtor

Case No. 1:09-bk-26742

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
Central District of California

In Re JNR Enterprises, LLC Case No. 1:09-bk-26742
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT SOURCE

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

**2. Income other than from employment or operation of business**

None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |

None

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32950

None

c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Haney, Buchanan & Paterson LLC v. JNR Enterproses, Et Al<br><br>Case Number BC 420772 | Breach of Contract. | Los Angeles Superior Court<br>111 N. Hill Street<br>Los Angeles, CA 90012<br>Central District | Judgment in the amount of $50000.00 |
| Donis v. JNR Enterprises<br>Case # 08V06241 | Small Claims | Los Angeles Superior Court<br>3260 Sylmar Ave<br>Van Nuys, CA 91401 | Abstract Judgment Entered |
| Farmers Insurance Claims<br>1. 10128107030-1<br>2. 1012588922-1-2 | Insurance Claim | | Ongoing |
| Dennis P. Block v. JNR Enterprises LLC<br>Case # 09M07769 | Claim for unpaid attorney fees | Los Angeles Superior Court<br>Central District<br>111 Noth Hill Street<br>Los Angeles, CA 90012 | Judgment Entered |
| Dennis P. Block v. JNR Enterprises LLC<br>Case # 09M07768 | Claim for unpaid attorney fees | Los Angeles Superior Court<br>Central District<br>111 Noth Hill Street<br>Los Angeles, CA 90012 | Judmemtn Entered |
| Dennis P. Block v. JNR Enterprises LLC<br>Case # 09M07767 | Claim for unpaid attorney fees | Los Angeles Superior Court<br>Central District<br>111 Noth Hill Street<br>Los Angeles, CA 90012 | Judgment Entered |

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-720 - 32959

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Dennis P. Block v. JNR Enterprises LLC Case # 09M07770 | Claim for unpaid attorney fees | Los Angeles Superior Court Central District 111 Noth Hill Street Los Angeles, CA 90012 | Judgment Entered |
| Dennis P. Block v. JNR Enterprises LLC Case # 09M07771 | Claim for unpaid attorney fees | Los Angeles Superior Court Central District 111 Noth Hill Street Los Angeles, CA 90012 | Judgment Entered |
| Dennis P. Block v. JNR Enterprises LLC Case # 09M07772 | Unpaid Attorney Fees | Los Angeles Superior Court Central District 111 Noth Hill Street Los Angeles, CA 90012 | Judgment Entered |

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| Chandra Gehri Spencer ( 445 South Figueroa St., Suite 2700 Los Angeles, CA 90071 | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-720 - 32959

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Chandra Gehri Spencer<br>Philip A. Kraft (SBN 184010)<br>CHANDRA GEHRI SPENCER,<br>A PROFESSIONAL LAW CORPORATION | City of Los Angeles Housing Department<br>1200 W. Seventh Street, Suite 100<br>Los Angeles, CA 90017<br>Case Number 2654028005 | | Money Value<br>$218,887.85 |
| Haney, Buchanan & Paterson LLP<br>Attorneys<br>707 Wilshire Boulevard<br>Fifty-Third Floor | | | Money owed $ 200,000.00 |
| JP Morgan/Chase Bank, N.A.<br>Special Assets Management<br>17875 Von Karman Ave<br>Mailstop CA2-5012, Irvine, CA 826144<br>Irvine, CA 826144 | | | Real property located in the CIty of Los Angeles, County of Los Angeles<br>Lot 1, Tract No. 28940, in the City of Los Angeles, as per map recorded in Book 727,<br>pages 24 and 25, of Maps in the Office of the County of Said County.<br><br>APN: 2654-028-025<br><br>Valu Ü |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

7. **Gifts**

None

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

8. **Losses**

None

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

9. **Payments related to debt counseling or bankruptcy**

None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Richard Gibson<br>GIBSON LAW PC<br>21800 Oxnard Street., Suite 310<br>Wooldand Hills, CA 91367 | 12/10/2009<br>Payor: Nemat Rahmany | $20,000.00 |
| Daniel Hoffman<br>625 E. Bethany Road<br>Burbank, CA 91504 | Payor: Nemat Rahmany | 150000.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.0-710 - 32959

**10. Other transfers**

None a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.0-730 - 32959

**13. Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

| NAME | ADDRESS |
|---|---|

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-730 - 32959

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Susan Howe CPA<br>8502 E. Chapman Ave # 303<br>Orange, CA 92869 | May 2004 to December 2009 |

None b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Susan Howe CPA<br>8502 E. Chapman Ave # 303<br>Orange, CA 92869 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

None d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| California National Bank<br>P.O. Box 80208<br>City of Industry, CA 91716-8202 | 03/2009 |
| JP Morgan/Chase Bank, N. A.<br>Commercial Term Lending<br>P. O. Box 391380<br>Solon, OH 44139-8380 | 08/2009 |

**20. Inventories**

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

**22. Former partners, officers, directors and shareholders**

None a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds**

None If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

In re JNR Enterprises, LLC
Debtor

Case No. 1:09-bk-26742

Chapter 11

**List of Equity Security Holders**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| JP Morgan/ Chase Bank, N.A<br>Commercial Term Lending<br>P. O. Box 391380<br>Solon, OH 44139-8380 | | |

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

[illegible]

[illegible]

[illegible]

Signature:

[illegible]

President

[illegible]

[illegible]

[illegible]

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

[illegible]

[illegible] Social Security No. [illegible]

[illegible]

[illegible] Date

[illegible]

[illegible]

[illegible] of title 11 and the Federal Rules of Bankruptcy Procedure [illegible]

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
Richard Gibson, SBN 111535
Gibson Law PC
21800 Oxnard Street, Suite 310
Woodland Hills, CA 91367
(818) 716-7950 Fax (818) 716-7995

☑ Attorney for: JNR Enterprises, LLC

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re: JNR Enterprises, LLC Debtor(s), Plaintiff(s), Defendant(s). | CASE NO.: 1:09-bk-26742<br>ADV. NO.:<br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Nemat Rahmany, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the debtor corporation

2. a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Signature of Attorney or Declarant — Date: 2/10/10

Richard Gibson
Printed Name of Attorney or Declarant

# CORPORATE AUTHORIZATION RESOLUTION

[illegible] certify that I am Secretary [illegible] the duly [illegible] [illegible] organized [illegible] [illegible] the laws of [illegible] conducting business under the trade name of [illegible] and [illegible] resolutions on this document are a correct copy of the resolutions [illegible] duly called and held on [illegible] [illegible] not been rescinded or modified.

[illegible] is authorized to [illegible] [illegible] indicated [illegible]

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| [illegible] | X [illegible] | [illegible] |
| [illegible] | X [illegible] | X |
| [illegible] | X | X |
| [illegible] | X | X |
| [illegible] | X | X |
| [illegible] | X | X |

POWERS GRANTED [illegible] by placing the letter corresponding to their name [illegible] each power [illegible] required to exercise the power.

[illegible] signatures [illegible]

1. [illegible] named in this resolution.
2. [illegible] in the name of the Corporation.
3. [illegible] withdrawal or transfer [illegible]
4. [illegible] of the Corporation, sign [illegible] and deliver promissory notes [illegible]
5. [illegible] transfer [illegible] pledge bills receivable, warehouse receipts, bills of lading, stocks [illegible] now owned or hereafter owned or acquired by the Corporation as [illegible] the same, unconditionally guarantee payment of all [illegible] presentment, demand [illegible] protest and [illegible]
6. [illegible] renting, maintaining, accessing and terminating a Safe [illegible]
7. Authorize the Filing of Chapter 11 Bankruptcy Petition

LIMITATIONS ON POWERS [illegible] the powers granted under this resolution.

[illegible] ON PREVIOUS RESOLUTIONS [illegible] resolution dated [illegible] [illegible] all resolutions [illegible]

[illegible] CATION OF AUTHORITY

[illegible] at the time of adoption of this resolution [illegible] full power and lawful authority to [illegible] powers granted above to the persons named who have full power and lawful authority to [illegible] appropriate.

[illegible] In Witness Whereof, I have subscribed my name to this document and affixed the seal of the corporation on [illegible] [illegible]

Attest by One Other Officer [illegible] Secretary

# RESOLUTIONS

[illegible] rporation named on this resolution [illegible] that:

[illegible]

[illegible] the Board of Directors of the Corporation and certified to [illegible] Financial Institution [illegible] revocation, modification or replacement [illegible] the authority for the changes.

[illegible] evidence of their authority [illegible] on behalf of the Corporation [illegible] Corporation, is authorized to make any and all other contracts, agreements, stipulations [illegible] of the process indicated [illegible] from time to time [illegible] otherwise agree [illegible].

[illegible] separate [illegible] and the Agent(s) [illegible] on behalf of the Corporation [illegible] the approval of [illegible].

[illegible] Account agreement [illegible] executed by any Agent of the Corporation [illegible] connection [illegible] checks, drafts, or other orders [illegible] the required number of signatures for such purpose.

[illegible] automated [illegible] this resolution [illegible] automated teller machines (ATM), and debit cards.

[illegible] alternative signature and verification [illegible] the term "alternative signature and verification process" includes [illegible] and digital signatures. If a facsimile [illegible] by the Corporation with the Financial Institution [illegible] the signature of the Agent(s) regardless of by whom or by what means the facsimile [illegible] the facsimile signature specimen [illegible] file. The Corporation [illegible] signature and to request issuance of a certificate listing the corresponding [illegible] liability [illegible].

[illegible] Agent [illegible] a power of attorney. Therefore, Agents [illegible] to the [illegible] Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any [illegible] is not subject to the provisions of 20 Pa.C.S.A. Section [illegible] of the Pennsylvania [illegible] Code.

---

FOR FINANCIAL INSTITUTION USE ONLY

[illegible] This resolution is superseded by resolution dated [illegible]

Party Name, Address and Telephone Number (CA State Bar No. If Applicable)
Richard Gibson, SBN 111535
21800 Oxnard Street, Suite 310
Woodland Hills, CA 91367
(818) 716-7950 Fax (818) 716-7995

FOR COURT USE ONLY

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

JNR Enterprises, LLC

Debtor.

CHAPTER 11

CASE NUMBER 1:09-bk-26742

(No Hearing Required)

## VENUE DISCLOSURE FORM FOR CORPORATIONS FILING CHAPTER 11

***(Required by General Order 97-02)***

**Attach additional sheets as necessary and indicate so in each section**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

   345 N La Brea #206
   Los Angeles, CA 90036

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   345 N. La Brea #206
   Los Angeles, CA 90036

3. Disclose the current business address(es) for all corporate officers:

   345 N. La Brea #206
   Los Angeles, CA 90036

4. Disclose the current business address(es) where the Debtor's books and records are located:

   345 N. La Brea #206
   Los Angeles, CA 90036

VEN-C

Debtor | CHAPTER 11
--- | ---
| CASE NUMBER

List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es).

State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

Total number of attached pages of supporting documentation: ___

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the ___ day of ___, 20___, at ___, California

Name of Officer

Signature of Declarant

Position or Title of Officer

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

[illegible] the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor [illegible] or former domestic partner, an affiliate of the debtor [illegible] general partner [illegible] any corporation of which the [illegible] control, as follows: (Set forth the complete number and title of each such prior [illegible] of the Bankruptcy Judge and court to which assigned, whether still pending and, if not [illegible] any real property included in Schedule A that was filed with [illegible]

[illegible]

[illegible] A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act [illegible] filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor [illegible] or person in control of the debtor, partnership in which the debtor is [illegible] or person in control of the debtor as follows: (Set forth the complete [illegible] date filed, nature of the proceeding, the Bankruptcy Judge and court to [illegible] the disposition thereof. If none, so indicate. Also, list any real property [illegible] such prior proceeding(s).)

[illegible]

[illegible] petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has [illegible] the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of [illegible] a partnership in which the debtor is general partner, a general partner of the [illegible] officer, or person in control of the debtor, or any persons, firms or [illegible] voting stock as follows: (Set forth the complete number and title of each such prior [illegible] nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and [illegible] indicate. Also, list any real property included in Schedule A that was filed with [illegible]

[illegible]

[illegible] under the Bankruptcy Reform Act of 1978, including amendments thereof, has been [illegible] within the last 180 days: (Set forth the complete number and title of each such prior [illegible] the Bankruptcy Judge and court to whom assigned, whether still pending and [illegible] indicate. Also, list any real property included in Schedule A that was filed with [illegible]

[illegible]

[illegible] that the foregoing is true and correct.

[illegible] California

Debtor

Joint Debtor

B203
12/94

# United States Bankruptcy Court
## Central District of California

In re JNR Enterprises, LLC

Debtor(s)

Case No. 1:09-bk-26742

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

   For legal services, I have agreed to accept ........ $ 20,000.00

   Prior to the filing of this statement I have received ........ $ 20,000.00

   Balance Due ........ $ 0.00

2. The source of compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor ☑ Other (specify) David Rahmany

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Any Adversary Proceedings

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32959

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

December 10, 2009
*Date*

*Signature of Attorney*

GIBSON LAW PC
*Name of law firm*