Richard Gibson (State Bar No. 111535)
**GIBSON LAW PC**
Warner Center, Tower Five
21800 Oxnard Rd. Ste. 310
Woodland Hills, CA 91367
Tel. 818-716-7950
Fax 818-716-7995
E-mail: RickGibsonLaw@gmail.com
Website: www.CalRealtyLaw.corp
Attorney for JNR ENTERPRISES, LLC

FILED
MAR 1 6 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVSION

IN RE:

JNR ENTERPRISES, LLC

Chapter 11 debtor-in-possession

) Chapter 11
) **CASE NO.:** # 1:09-bk-26742-MT
)
) **NOTICE OF MOTION AND MOTION**
) **TO USE CASH COLLATERAL;**
) **MEMORANDUM; DECLARATION**
) **OF NEMAT "JAY" RAHMANY**
)
) HEARING: TO BE SET BY COURT

1

**MOTION TO USE CASH COLLATERAL**

Main Document    Page 2 of 7

## NOTICE OF MOTION AND MOTION TO USE CASH COLLATERAL

TO:   JP MORGAN CHASE BANK AND US BANK THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT JNR Enterprises, LLC, Chapter 11 debtor-in-possession ("JNR") is moving for an order pursuant to 11 U.S.C. Section 363 permitting it to use the "cash collateral" of JP Morgan Chase Bank and US Bank with appropriate safeguards. JNR is requesting that the Court set this motion for hearing on an emergency basis. This motion shall be based upon this Notice of Motion and Motion, the accompanying Memorandum, the accompanying Declaration of Jay Rahmany and all of the files and pleadings herein.

DATE: March 16, 2010

GIBSON LAW PC

BY: _____

Richard Gibson

Attorney for JNR Enterprises, LLC

**MOTION TO USE CASH COLLATERAL**

# MEMORANDUM

JNR Enterprises, LLC, Chapter 11 debtor-in-possession herein ("JNR") owns and operates two buildings. First, it owns and operates an apartment building located at 8820 Langdon Avenue, Van Nuys, California. JP Morgan Chase Bank holds a security interest against the Van Nuys property. Second, JNR owns and operates an office building located at 14511 Falling Creek Drive, Houston, Texas. US Banks holds a security against the Houston Property.

JNR believes that all rental income from the two properties is "cash collateral" of the two creditors. JNR has tried, and failed, to negotiate a cash collateral stipulation with the two creditors. JNR is continuing to operate. It has proposed a Chapter 11 plan, which is based upon retaining the two buildings and operating them.

Under 11 U.S.C. Section 363, JNR needs court authority to use the cash collateral from the two buildings. JNR proposes to grant to the two creditors a post-petition security interest in all rental income from the two properties. JNR also proposes to pay $7,000 a month to each of the creditors, as adequate protection payments. JNR is amenable to any other reasonable controls upon its use of cash collateral.

**DATE: March 16, 2010**

**GIBSON LAW PC**

BY: /s/ Richard Gibson

Richard Gibson

Attorney for JNR Enterprises, LLC

**MOTION TO USE CASH COLLATERAL**

# DECLARATION OF NEMAT RAHMANY

I, Nemat "Jay" Rahmany, declare as follows:

1. I am the managing member of JNR Enterprises, Inc, debtor-in-possession herein (("JNR"). I have personal knowledge of the matters stated herein.

2. JNR owns and operates two real properties: 8220 Langdon Avenue, Van Nuys, California (the "Van Nuys Property") and 14511 Falling Creek, Houston, Texas (the "Houston Property").

3. JP Morgan Chase holds a security interest against the Van Nuys Property. US Bank holds a security interest against the Houston Property. JNR believes that rental income from the two properties is "cash collateral" of JP Morgan Chase and US Bank.

4. I have made many efforts to negotiate with JP Morgan Chase and with US Bank. Before and after the Chapter 11 filing, I have had many meetings with both creditors. I have made many proposals to them to work out our disputes.

4. At this point, these efforts at negotiation have not succeeded. JNR thus needs an immediate court order permitting it to use cash collateral from both properties. Without such an order, JNR will be unable to operate.

5. JNR has filed a Chapter 11 plan. This plan proposes to retain the two properties. It also proposes to bring into the post-plan estate "new capital" of $370,000.

6. JNR is willing to pay each creditor $7,000 a month in adequate protection payments. JNR is amenable to any other reasonable controls upon its use of the cash collateral.

**MOTION TO USE CASH COLLATERAL**

1  I declare under penalty of perjury of the laws of the United States of America that the
2  foregoing is true and correct. Executed this 10th day of March 2010 at Woodland Hills. CA.
3  BY: _____
4  Jay Rahmany

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21800 Oxnard Street, Suite 310
Woodland Hills, CA 91367

A true and correct copy of the foregoing document described NOTICE OF MOTION AND MOTION TO USE CASH COLLATERAL; MEMORANDUM; DELCARATION OF NEMAT "JAY" RAHMANY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   March 16, 2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   March 16, 2010   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/16/10 | Veronica Cruz | |
|---------|---------------|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Office of the United States Trustee
21051 Warner Center Lane, Ste 105
Meeting Room A,
Woodland Hills, CA 91367


Douglas G. Tennant, Bar No. 11913
Frankel & Tennant
895 Dove Street, Suite 119
Newport Beach, CA 92660
Fax (949)-222-3453


Brendt Butler
RUTAN & TUCKER, LLP
611 Anton Blvd, Suite 1400
Costa Mesa, CA 92626-1931
Fax 714.546.9035

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-3.1